UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    ANSAF BITRUS                                               Chapter 7
                                                                              Case No. 08-40395-PJS
                  Debtor.                                  Honorable Phillip J. Shefferly

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| PRA Receivables<br>P.O. Box 12914<br>Norfolk, VA 23541 | 7 | $1,603.49 |
| PRA Receivables<br>P.O. Box 12914<br>Norfolk, VA 23541 | 8 | $1,543.37 |
| Western Union<br>c/o Bryan Marcus, P.C.<br>561 Livernois<br>Ferndale, MI 48220 | 21 | $5,461.07 |

Dated: February 12, 2010                        /s/ Charles L. Wells, III
                                                             Chapter 7 Trustee
                                                             903 N. Opdyke, Ste. A1
                                                             Auburn Hills, MI 48326
                                                             248-276-0285
                                                             7trusteewells@sbcglobal.net